In the Matter of BURTON D. CHAIT et al., Petitioners, against ASHLEY T. COLE et al., Constituting the Racing Commission of the State of New York, Respondents.— Determination unanimously confirmed and the petition dismissed, with

$20 costs and disbursements to the respondents. The findings of the commission are amply supported by substantial relevant and competent evidence and do not repose on the evidence deemed legally objectionable. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.